

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00345-CV

**IN THE INTEREST OF S.M.P.M.** and N.J.M., Jr., Children

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00964
Honorable Richard Garcia, Judge Presiding[1]

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's termination order is AFFIRMED.

We order that no costs be assessed against appellant S.C. because she is indigent.

SIGNED November 13, 2019.

_____
Beth Watkins, Justice

---

[1] The Honorable Genie Wright signed the order that is the subject of the appeal.